**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br>   **Brenda Carol Mayes and Leon Mayes,**<br><br>                      **Debtor.** | **Chapter 7**<br><br>**Case no. 17-12179 (mg)** |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on September 14 2017, I caused a copy of the foregoing **Amended Schedules E/F [Doc. No.11] and the Notice of Bankruptcy**, attached hereto as *Exhibit A,* to be served on the parties below by first class mail:

HEALTHFIRST HEALTH PLAN
PO Box 95000
Philadelphia, PA 19195-0001


Dated:   September 26, 2017                                By:   Cristina M. Lipan
                                                                                                      Cristina M. Lipan, Esq.
                                                                                                      SHIPKEVICH, PLLC
                                                                                                      65 Broadway, Suite 508
                                                                                                      New York, NY 10006
                                                                                                      Phone: (212) 252-3003
                                                                                                      clipan@shipkevich.com

                                                                                       *Attorneys for the Debtor*

# **EXHIBIT A**

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/04/2017 at 2:15 PM and filed on 08/04/2017.

**Brenda Carol Mayes**
1216 Burke Ave
Apt 3B
Bronx, NY 10469-5043
SSN / ITIN: xxx-xx-8137

**Leon Mayes**
1216 Burke Ave
Apt 3B
Bronx, NY 10469-5043
SSN / ITIN: xxx-xx-2633

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Irene M Costello**<br>Shipkevich, PLLC<br>65 Broadway<br>508<br>New York, NY 10006<br>646-588-2795 | **Ian J. Gazes**<br>Gazes LLC<br>151 Hudson St.<br>New York, NY 10013<br>(212) 765-9000 |

The case was assigned case number 17-12179-mg to Judge Martin Glenn.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**